**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01069-CV

### IN THE INTEREST OF A.C.M., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19569-Z**

## ORDER

We **DENY** appellant's December 28, 2015 second motion for additional time to file brief.

We **ORDER** appellant's brief to be filed by **5:00 p.m. on Thursday, December 31, 2015.** If appellant fails to do so, this Court will exercise available remedies, which may include the removal of present counsel, ordering the appointment of new counsel, and other relief this Court deems appropriate.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court, and the parties.


/s/    CRAIG STODDART
       JUSTICE